Maria C. Roberts, SBN 137907
mroberts@greeneroberts.com
Lauren S. Cartwright, SBN 129862
lcartwright@greeneroberts.com
GREENE & ROBERTS
402 West Broadway, Suite 1025
San Diego, CA 92101
Telephone: (619) 398-3400
Facsimile: (619) 330-4907

Attorneys for Defendant Pastor of Saint Columba Catholic Parish in San Diego, California, a Corporation sole

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH OSTRANDER,<br><br>    Plaintiff,<br><br>  v.<br><br>DIOCES OF SAN DIEGO EDUCATION & WELFARE CORPORATION; ST. COLUMBA SCHOOL; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 3:21-cv-175-W-LL<br><br>Judge:         Hon. Thomas J. Whelan<br>Mag. Judge:    Hon. Linda Lopez<br>Action Date: October 2, 2020<br><br>**PROOF OF SERVICE** |

*Sarah Ostrander v. Saint Columba Catholic Parish*
United States District Court, Southern District of California
Case No. 3:21-cv-175-W-LL

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to the action. My business address is 402 West Broadway, Suite 1025, San Diego, California 92101.

On February 5, 2021, I served the following documents described as:

- **JOINT MOTION TO DISMISS PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES, WITHOUT PREJUDICE; and**
- **(PROPOSED) ORDER**

on the interested parties in this action as follows:

Devon K. Roepcke, Esq.                *Attorneys for Plaintiff*
Law Offices of Devon K. Roepcke        Tel: (619) 940-5357
170 Laurel Street
San Diego, CA 92101

☒ **BY ELECTRONIC SUBMISSION**: Pursuant to Court order, I submitted said document(s) electronically through the United States District Court, Southern Division CM/ECF's website and posted to the website and notice given to all parties that document was served.

☐ **BY MAIL**: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Federal Rule of Civil Procedure section 5(b). I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I caused to be hand-delivered said document(s) to the addressee(s) pursuant to Federal Rule of Civil Procedure section 5(b).

Executed on February 5, 2021, at San Diego, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Katherine E. Mazzei

PROOF OF SERVICE
CASE NO. 3:21-cv-175-W-LL